IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MIDDLETOWN TUBE WORKS, INC. | : | |
| | : | Case No. 1:15-cv-355 |
| Plaintiff, | : | |
| | : | Judge Michael R. Barrett |
| vs. | : | |
| | : | |
| CREATIVE STORAGE SYSTEMS, et al., | : | **ORDER GRANTING PLAINTIFF'S** |
| | : | **UNOPPOSED MOTION FOR** |
| Defendants. | : | **LEAVE TO FILE RESPONSE TO** |
| | : | **CONCENTRIC STORAGE** |
| | : | **SYSTEMS LLC'S MOTION TO** |
| | : | **DISMISS UNDER SEAL** |

This matter came before the Court upon Plaintiff Middletown Tube Works, Inc.'s Unopposed Motion for Leave to File Response to Concentric Storage Systems LLC's Motion to Dismiss Under Seal. Based upon the Motion, the Memorandum in support, and upon all other things properly before it, the Court hereby grants the Motion.

Therefore, it is hereby ordered that Plaintiff Middletown Tube Works, Inc. may file its Response to Concentric Storage Systems LLC's Motion to Dismiss under seal.

IT IS SO ORDERED.

                                                                  s/Michael R. Barrett
                                                Michael R. Barrett
                                                UNITED STATES DISTRICT JUDGE